UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:  
    Robert Henton

    DEBTOR

CASE NO. 10-02193-MAM-13

## NOTICE OF INCREASE IN PERCENTAGE
## TO UNSECURED CREDITORS

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**
**THE COURT WILL CONSIDER THIS NOTICE, WITHOUT HEARING UNLESS A PARTY IN INTEREST FILES A WRITTEN OBJECTION WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE OF THIS PAPER. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST ELECTRONICALLY FILE YOUR WRITTEN OBJECTIONS STATING THE SPECIFIC GROUND OR GROUNDS ON WHICH YOUR OBJECTION IS BASED AND SERVE A COPY ON THE MOVANT CHAPTER 13 TRUSTEE, P. O. BOX 1884, MOBILE, AL 36633. IF YOU FILE AND SERVE A WRITTEN OBJECTION STATING THE SPECIFIC GROUND OR GROUNDS ON WHICH YOUR OBJECTION IS BASED WITHIN THE TIME PERMITTED THE COURT WILL SCHEDULE A HERING AND YOU WILL BE NOTIFIED. IF YOU DO NOT FILE A PROPER WRITTEN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE GRANTING OF THE RELIEF REQUESTED IN THE PAPER, AND WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF**

Comes now the Chapter 13 Trustee, DANIEL O'BRIEN TRUSTEE, and shows to the Honorable Court that on December 20, 2010 this Court entered a Confirmation Order. Said order states that all allowed non-priority, unsecured claims shall be paid a percentage or higher Pro-Rata. The confirmed payment will provide an increased distribution to the unsecured of 13.74% with approximately 4 payments from the debtor for a total of 60 payments.

WHEREFORE, the undersigned shows the percentage distribution to unsecured creditors is increased to 13.74% or the amount paid.

DATED: January 21, 2015

/s/ DANIEL O'BRIEN TRUSTEE
DANIEL O'BRIEN TRUSTEE
CHAPTER 13 TRUSTEE

## CERTIFICATE OF SERVICE

I certify that on January 21, 2015, I served a copy of the above motion to the parties listed below either electronically or by U.S. mail.

| | | |
|---|---|---|
| UNITED STATES BANKRUPTCY CLERK | Robert Henton<br>4280 County Road 39<br>Linden, AL 36748 | RICHARD SHINBAUM<br>P.O. BOX 201<br>MONTGOMERY, AL 36101-0201 |

/s/ DANIEL O'BRIEN TRUSTEE
DANIEL O'BRIEN TRUSTEE
CHAPTER 13 TRUSTEE