UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE
ROBERT HENTON                                               CASE No: 10-02193-HAC
SSN: XXX-XX-1960                                     CHAPTER 13
Debtor(s)

## MOTION TO COMPEL REFUND

COMES NOW DANIEL B. O'BRIEN, Standing Chapter 13 Trustee for the Southern District of Alabama, and hereby moves the Court for an order compelling Green Tree-AL LLC to refund $2,583.93 and would show as follows:

1. Green Tree-AL LLC filed ECF Claim 1 as secured in the amount of $51,888.94 (plan allows for $29,000.00 secured and $22,888.94 unsecured) and ECF Claim 3 as unsecured in the amount of $107.31.

2. Due to a clerical error in the Trustee's office, the percentage to the unsecured creditors was increased in error before another secured claim was paid in full.

3. In order to properly disburse to the unsecured creditors at the correct percentage, it is necessary for the Trustee to request the funds that were sent to the unsecured creditors in error.

4. The Trustee's office has made three (3) attempts to obtain a refund from Green Tree-AL LLC, to no avail.

WHEREFORE, The Trustee respectfully requests an order from the Court compelling a refund from Green Tree-AL LLC in the amount of $2,583.93 or for any other orders as the Court deems appropriate.

DATED: January 6, 2016

/s/DANIEL B. O'BRIEN
DANIEL B. O'BRIEN
CHAPTER 13 TRUSTEE
Post Office Box 1884
Mobile, AL 36633
(251) 438-4615

CERTIFICATE OF SERVICE

      Movant certifies that a copy of the forgoing motion was served on the parties listed below by first class mail and/or electronic transmission on January 6, 2016.

/s/DANIEL B. O'BRIEN
DANIEL B. O'BRIEN
CHAPTER 13 TRUSTEE

RICHARD SHINBAUM
Attorney for Debtor
Via Electronic Notification

ROBERT HENTON
4280 COUNTY ROAD 39
LINDEN, AL 36748

PAUL J. SPINA, III
Attorney for Green Tree-AL LLC
ONE PERIMETER PARK SOUTH
SUITE 400N
BIRMINGHAM, AL 35243

SUSANNAH WALKER
Attorney for Green Tree-AL LLC
1115 EAST GONZALEZ STREET
PENSACOLA, FL 32503

GREEN TREE-AL LLC
P.O. BOX 6154
RAPID CITY, SC 57709