```
                    UNITED STATES BANKRUPTCY COURT
                     SOUTHERN DISTRICT OF ALABAMA
                          SOUTHERN DIVISION
```

In re:
ROBERT HENTON                              Case No. 10-02193-HAC
SSN: XXX-XX-1960                           Chapter 13
      Debtor(s)


## NOTICE TO WITHDRAW DOCUMENT

COMES NOW Daniel B. O'Brien, the Standing Chapter 13 Trustee for the Southern District of Alabama, and respectfully requests to withdraw the Trustee's Motion to Compel, doc 62.

Green Tree has issued a refund to the Trustee in the amount of $2,583.91, as requested in the motion.

Therefore the Chapter 13 Trustee prays that this Court will deem Document No. 62 as **WITHDRAWN**.

Dated: January 19, 2016

                                  /s/DANIEL B. O'BRIEN
                                  DANIEL B. O'BRIEN
                                  Chapter 13 Trustee
                                  P.O. Box 1884
                                  Mobile, AL 36633
                                  (251) 438-4615

CERTIFICATE OF SERVICE

    Movant certifies that a copy of the foregoing was served on the parties listed below by first class mail or notice of electronic filing on January 19, 2016.

                                        /s/DANIEL B. O'BRIEN
                                        DANIEL B. O'BRIEN
                                        Chapter 13 Trustee

RICHARD SHINBAUM
Via Electronic Notice

ROBERT HENTON
4280 COUNTY ROAD 39
LINDEN, AL 36748

PAUL J. SPINA, III
Attorney for Green Tree-AL LLC
ONE PERIMETER PARK SOUTH
SUITE 400N
BIRMINGHAM, AL 35243

SUSANNAH WALKER
Attorney for Green Tree-AL LLC
1115 EAST GONZALEZ STREET
PENSACOLA, FL 32503

GREEN TREE-AL LLC
P.O. BOX 6154
RAPID CITY, SC 57709