Form LBF283due

**UNITED STATES BANKRUPTCY COURT**
Southern District of Alabama
Case No.: 10–02193
Chapter: 13
Judge: HENRY A. CALLAWAY

In re:

Robert Henton
4280 County Road 39
Linden, AL 36748

Social Security No.:
xxx–xx–1960

**CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q) (Form LBF283) DUE**

Chapter 13 Debtor's Certifications Regarding Domestic Support Obligations and Section 522(q) (Form LBF283) is due. This case may be closed without discharge if the certification is not filed by the following date: 3/4/16

Dated: 2/12/16                                    /s/ LEONARD N. MALDONADO
                                                  Clerk, U. S. Bankruptcy Court