IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:  CASE NO.: 10-02193-HAC-13

Robert Henton  DATE: 04/14/2016
DEBTOR  DATE CONFIRMED: 12/20/2010

ATTORNEY: RICHARD SHINBAUM  DATE CLOSED: 02/10/2016

---

FINAL REPORT AND ACCOUNTING

---

I, Daniel B. O'Brien, Chapter 13 Trustee, am filing the following final report and accounting and certify that the estate has been fully administered. The case was COMPLETED.

Amount paid to Trustee by or for the Debtor for benefit of creditors: $40,432.00

| CREDITOR NAME | CLASS | CLAIM AMT | % DIV | PRIN PD | INT PD | INSURANCE PD | DUE | BAL DUE |
|---|---|---|---|---|---|---|---|---|
| CITIFINANCIAL | SECURED - PREF I | $1,000.00 | 100.00 | $1,000.00 | $228.02 | $0.00 | $0.00 | $0.00 |
| CITIFINANCIAL | UNSECURED | $8,892.00 | 6.21 | $552.19 | $0.00 | $0.00 | $0.00 | $0.00 |
| GREEN TREE-AL LLC | SECURED - PREF I | $29,000.00 | 100.00 | $29,000.00 | $2,891.56 | $0.00 | $0.00 | $0.00 |
| GREEN TREE-AL LLC | UNSECURED | $22,888.94 | 6.21 | $1,421.40 | $0.00 | $0.00 | $0.00 | $0.00 |
| GREEN TREE-AL LLC | SECURED - PRO R | $2,170.91 | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| GREEN TREE-AL LLC | UNSECURED | $107.31 | 6.21 | $6.66 | $0.06 | $0.00 | $0.00 | $0.00 |
| MIDLAND CREDIT MANAGEME | UNSECURED | $1,019.72 | 6.21 | $63.32 | $0.00 | $0.00 | $0.00 | $0.00 |
| PRA REC MGMT,LLC | UNSECURED | $786.27 | 6.21 | $48.83 | $0.00 | $0.00 | $0.00 | $0.00 |
| UNSECURED CREDITORS | UNSECURED | $0.00 | 6.21 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

|  |  |
|---|---|
| PRIORITY | $0.00 |
| PRIORITY INSURANCE | $0.00 |
| SECURED | $30,000.00 |
| INTEREST | $3,119.64 |
| UNSECURED | $2,092.40 |
| COURT CLERK: | $0.00 |
| ATTORNEY FEE: | $3,000.00 |
| TRUSTEE FEE: | $2,067.97 |
| REFUNDED TO DEBTOR: | $151.99 |
| ADMINISTRATIVE: | $0.00 |
| TOTAL: | $40,432.00 |

Wherefore the trustee requests a final decree be entered which discharges the trustee and his surety from any and all liability on account of the above case, closes the estate, and grants such other relief as may be just and proper.

/s/ Daniel B. O'Brien

Daniel B. O'Brien, Trustee